# KUSTOFF & SANDERS, L.L.P.
### ATTORNEYS AT LAW

4103 Parkdale Street
San Antonio, Texas 78229

**DANIEL O. KUSTOFF**\*◇
**MELANIE H. SANDERS**\*

**TAYLOR L. CRULL**

\*  Board Certified - Consumer & Commercial Law
   Texas Board of Legal Specialization
◇ Board Certified – Civil Trial Law
   Texas Board of Legal Specialization

Telephone: (210) 614-9444
Telecopier: (210) 614-9464
Service@salegal.com

December 19, 2023

### NOTICE OF ATTORNEY UNAVAILABILITY OF

Melanie H. Sanders
KUSTOFF & SANDERS LLP
4103 Parkdale
San Antonio, TX 78229

Please be advised that I will be out of the office on the following dates:

December 25, 2023 to January 1, 2024

Please do not schedule any hearings, depositions or mediations during or immediately following these dates. I would appreciate you working with me to avoid discovery deadlines during this time as well.

Very truly yours,
*/s/ Melanie H. Sanders*
Melanie H. Sanders

MHS