**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ADAM ASHLEY and ALISON ASHLEY** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **C.A. NO. SA-23-CA-00531-XR** |
| **LIBERTY MUTUAL INSURANCE COMPANY a/k/a LIBERTY MUTUAL PERSONAL INSURANCE COMPANY and JR RAMON LLC,** | § § § § § § | |
| **Defendants.** | § § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Adam Ashley and Alison Ashley, hereby provide notice that attorneys Todd Lipscomb and Cassandra Pruski of LOREE & LIPSCOMB will appear as counsel for Plaintiffs in the above-numbered and entitled cause.

Plaintiffs respectfully request that the undersigned counsel be added to the service list in this case, that the parties take notice of this entry of appearance, and that all notices, correspondence, and other papers related to this suit be copied to the undersigned counsel.

Respectfully submitted,

**LOREE & LIPSCOMB,**
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258
(210) 404-1320
(210) 404-1310 ─ Facsimile

By: */s/ Todd Lipscomb*
Todd Lipscomb
State Bar No. 00789836
todd@lhllawfirm.com

Cassandra Pruski
State Bar No. 24983690
cassie@lhllawfirm.com

*Attorneys for Plaintiffs,*
*Adam Ashley and Alison Ashley*

## CERTIFICATE OF SERVICE

I certify Defendants have served a true and correct copy of the foregoing document on February 28, 2024, through the Court's electronic filing (CM/ECF) system to all counsel of record:

Daniel O. Kustoff                    service@salegal.com
Melanie H. Sanders
Taylor L. Crull
KUSTOFF & SANDERS, LLP
4103 Parkdale Street
San Antonio, Texas 78229


*/s/ Todd Lipscomb*
Todd Lipscomb