IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADAM ASHLEY and ALISON ASHLEY<br>    Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY a/k/a LIBERTY MUTUAL<br>PERSONAL INSURANCE COMPANY<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. SA-23-CA-00531-XR |

## JOINT NOTICE OF SETTLEMENT

TO THE UNITED STATES DISTRICT JUDGE:

Plaintiffs Adam Ashley and Alison Ashley ("Plaintiffs") and Defendant Liberty Mutual Personal Insurance Company ("Liberty") (collectively "the Parties") announce they have reached a settlement agreement in this matter. The Parties anticipate they will have the settlement finalized within sixty (60) days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the Parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

Respectfully submitted,

LOREE & LIPSCOMB
777 East Sonterra Boulevard, Suite 320
San Antonio, Texas  78258
Telephone:    (210) 404-1320
Facsimile:     (210) 404-1310
todd@lhllawfirm.com
cassie@lhllawfirm.com

*Cassandra Pruski (w/permission)*
_____
Todd Lipscomb
State Bar No. 00789836
Cassandra Pruski
State Bar No. 24983690

COUNSEL FOR PLAINTIFFS ADAM ASHLEY
AND ALISON ASHLEY

LINDOW ▪ STEPHENS ▪ SCHULTZ LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone:     (210) 227-2200
Facsimile:     (210) 227-4602
dstephens@lsslaw.com

_____
David R. Stephens
State Bar No. 19146100

COUNSEL FOR DEFENDANT LIBERTY
MUTUAL PERSONAL INSURANCE COMPANY

2